IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ANNIE PERRY, | No. CV 08-850-HU |
|       Plaintiff, | |
| | OPINION AND ORDER |
|    v. | |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER, an Oregon non-profit corporation, | |
|       Defendant. | |

**MOSMAN, J.**,

On December 4, 2008, Magistrate Judge Hubel issued Findings and Recommendation ("F&R") (#13) in the above-captioned case granting plaintiff's Motion for Leave to File Amended Complaint (#8) and recommending that plaintiff's Motion for Remand (#8) be GRANTED. No objection to the F&R was filed.

### DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a *de novo* determination of those portions of the report or specified findings or

PAGE 1 OPINION AND ORDER

recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any of the magistrate judge's F&R. 28 U.S.C. § 636(b)(1)(C).

    Upon review, I agree with Judge Hubel's recommendation, and I ADOPT the F&R (#13) as my own opinion.

IT IS SO ORDERED.

Dated this  8th   day of January, 2009.

                                                        /s/ Michael W. Mosman  
                                                         MICHAEL W. MOSMAN  
                                                         United States District Court